**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MELINDA M. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:08-CV-1910 CAS |
| v. ) | |
| ) | |
| JAMES B. PEAKE, Secretary, United States ) | |
| Department of Veteran Affairs, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on review of the file. On May 6, 2009, plaintiff filed a second amended complaint without leave of Court. Under Federal Rule of Civil Procedure 15, leave of Court is required once a responsive pleading has been filed. As defendant filed an answer to plaintiff's first amended complaint on April 3, 2009, plaintiff now must seek leave of Court to further amend her complaint. Fed. R. Civ. P. 15(a)(2). Because plaintiff's second amended complaint was not properly filed, it will be stricken from the record.

Plaintiff's counsel is reminded that when leave to file a document is sought, the document for which leave is required must be submitted as an attachment to the motion for leave, and not filed as a separate document. See Administrative Procedures for Case Management/Electronic Case Filing, Sec. II.B.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's [Second] Amended Complaint is **STRICKEN** from the record of this case. [Doc. 12]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall delete Document 12, plaintiff's [Second] Amended Complaint from the record of this matter.

                         _____
                         **CHARLES A. SHAW**
                         **UNITED STATES DISTRICT JUDGE**

Dated this    8th    day of May, 2009.