# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MELINDA M. TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:08-CV-1910 CAS |
| v. ) | |
| ) | |
| JAMES B. PEAKE, Secretary, United States ) | |
| Department of Veteran Affairs, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having granted plaintiff leave to file her Second Amended Complaint, which was filed on May 12, 2009, pending motions pertaining to the First Amended Complaint should be denied without prejudice as moot. Pure Country, Inc. v. Sigma Chi Fraternity, 312 F.3d 952, 956 (8th Cir. 2002).

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to dismiss is **DENIED without prejudice as moot**. [Doc. 10]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __15th__ day of May, 2009.